IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUTHOR ANDERSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-2214-K-BW |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| Defendant. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. Objections were filed. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are **OVERRULED**, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Motion for Leave to Amend Complaint (Dkt. No. 31) is **DENIED**.

**SO ORDERED.**

**Signed February 11th, 2026.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE