IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUTHOR ANDERSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-2214-K-BW |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| Defendant. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Rule 12(c) Motion for Judgment on the Pleadings (Dkt. No. 34) is **GRANTED** as to Plaintiff's claims for invasion of privacy and breach of contract and **DENIED** as to Plaintiff's claim for negligence. Plaintiff is granted leave to file an amended complaint within 21 days of the date of this order.

**SO ORDERED.**

**Signed April 14th, 2026.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE